**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO BUENO, | CASE NO. 1:04-cv-5898 REC TAG |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c). The new case number shall be **1:04-cv-5898 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:  May 26, 2005**                                       **/s/ Robert E. Coyle**
668554                                                    UNITED STATES DISTRICT JUDGE

1