IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO BUENO, | CASE NO. 1:04-cv-05898 TAG |
| Plaintiff, | ORDER DIRECTING CLERK TO VACATE JUDGMENT AND |
| vs. | TO REOPEN CASE ADMINISTRATIVELY |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The Court previously remanded this case pursuant to sentence six of 42 U.S.C. § 405(g) for development of the record and further consideration of claimant's status as disabled for the reasons set forth in the Court's Memorandum Decision and Order. (Doc. 19). Sentence six remands do not constitute final judgments. Akopyan v. Barnhart, 296 F.3d 852, 855 (9th Cir. 2002). Consequently, Judgment inadvertently having been entered,

It is hereby ORDERED that the clerk vacate the entry of judgment and administratively reopen this matter pending further administrative proceedings.

IT IS SO ORDERED.

Dated:  **March 20, 2006**                    /s/ Theresa A. Goldner
**j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE

1