**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO BUENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:04-cv-5898 TAG<br><br>ORDER TO SHOW CAUSE WHY<br>SANCTIONS SHOULD NOT BE<br>IMPOSED FOR FAILURE TO COMPLY<br>WITH A COURT ORDER |

Plaintiff Gilberto Bueno ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying his application for benefits under the Social Security Act. This matter is before the undersigned pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3), 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73(c), and Local Rule 72-302(c)(15).

On March 16, 2006, this matter was remanded to the Defendant for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. 19). On August 15, 2007, Defendant reported that such further administrative proceedings had been conducted (Doc. 27), and, on September 5, 2007, lodged the administrative record. (Doc. 29).

On September 12, 2007, this Court issued a Scheduling Order, which provides, <u>inter alia</u>, that within 30 days after the date the administrative record has been lodged, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted to which Defendant shall respond within 35 days. (Doc. 31). Thereafter, if Defendant does not stipulate to remand within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (<u>Id.</u>). Thus, absent a stipulated remand, Plaintiff's opening brief must be filed no later than 120 days after Defendant has lodged the administrative record. (Doc. 31).

1  Because Defendant lodged the administrative record on September 5, 2007, the Scheduling
2  Order required Plaintiff to file his opening brief on or before December 10, 2007.  To date, Plaintiff
3  has failed to file a brief.

4  Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should
5  not be dismissed for failure to comply with the September 12, 2007, order.  Plaintiff is ORDERED to
6  file a written response to this Order to Show Cause within 20 days of the date of this Order.  This
7  Order will be vacated if Plaintiff files his opening brief within 15 days of the date of this Order.

8  **Failure to respond to this Order to Show Cause will result in dismissal of this action.**

10  IT IS SO ORDERED.

11  Dated:   **December 17, 2007**                                      /s/ Theresa A. Goldner
                                                                                                UNITED STATES MAGISTRATE JUDGE