```
 1  Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
 2  P.O. Box 26360
    Fresno, California 93729
 3  (559) 264-2800

 4  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| GILBERTO BUENO, | ) | |
|---|---|---|
| | ) | 1:04-cv-5898 TAG |
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on June 29, 2004, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: December 5, 2007          /s/ Gina Fazio, Esq.

                                 GINA FAZIO, ESQ.
                                 Attorney for Plaintiff

Dated: December 6, 2007
                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Leo R. Montenegro
                                 (as authorized via facsimile)
                                 LEO R. MONTENEGRO
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **December 26, 2007**          **/s/ Theresa A. Goldner**
                                 UNITED STATES MAGISTRATE JUDGE